IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JASON COURTER,

               Plaintiff,

vs.

FRANK J. BISIGNANO, Commissioner of the
Social Security Administration,

               Defendant.

**8:25CV696**

**ORDER ON DEFENDANT'S
UNOPPOSED MOTION FOR
EXTENSION OF TIME**

This case is before the Court on Defendant's Unopposed Motion for Extension of Time. Filing 13. Defendant seeks a 30-day extension, to May 6, 2026, to file his Motion to Affirm because workload demands prevent SSA agency counsel from providing necessary support under the current responsive deadline. Filing 13 at 1. Defendant also represents that he has consulted with opposing counsel who has no objection to the request. Filing 13 at 1. The Court concludes that good cause exists for the requested extension. Accordingly,

IT IS ORDERED that Defendant's Unopposed Motion for Extension of Time, Filing 13, is granted. Defendant shall have to and including May 6, 2026, to file his Motion to Affirm.

Dated this 2nd day of April, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge